CONSTANCE LINY et al., Appellants, v. SAMUEL BERZAK, Respondent.— Appeal from an order denying a motion to vacate appellants' default in serving their complaint, and for an extension of time to serve said complaint. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

FERN C. MASLANKA, Respondent, v. PAUL MASLANKA et al., Appellants, et al., Defendant.— The second cause of action in the complaint is one for the partition of three parcels of real property. The answer, in addition to certain denials, alleges as an affirmative defense that the three parcels involved were owned by a decedent who died on July 23, 1952, that letters of administration were issued by the Surrogate's Court, Kings County, on August 1, 1952, that the institution of the administration proceedings in the Surrogate's Court conferred on that court complete jurisdiction over the estate of the decedent, that by reason of its first assuming jurisdiction, the Surrogate's Court should retain such jurisdiction to the exclusion of the Supreme Court, and plaintiff is not entitled to maintain the action for partition in the Supreme Court. Plaintiff moved to strike out the answer with respect to the two causes of action in the complaint. The motion was granted. The appeal is from so much of the order which grants plaintiff's motion to strike out the answer with respect to the second cause of action. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. The defense pleaded does not raise an issue. (McGirr v. Keesler, 273 App. Div. 778.) Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEARL BLOOM, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARKROSE REALTY INC., Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEARL BLOOM, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MID CENTER REALTY, INC., Appellant.— Defendants appeal from judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting them of violations of the State Residential Rent Law (L. 1946, ch. 274, as amd.) [demanding and receiving rent in excess of the maximum for housing accommodations] and from the sentences that the defendant corporations pay a fine in the sum of $500 in each case, and that the individual defendant serve sixty days in the workhouse. Judgment as to each defendant unanimously affirmed. No opinion. No separate appeal lies from the sentences, which have been reviewed on the appeals from the judgments of conviction. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARSDEN SMITH, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of violating section 986 of the Penal Law (book-making), and sentencing him to pay a fine of $25 or to serve five days in the city prison. The fine has been paid. Judgment reversed on the law, information dismissed, and fine remitted. The findings of fact are affirmed. The evidence was insufficient to establish the guilt of the appellant beyond a reasonable doubt. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.